

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00039-CR

WILLIAM PAUL WEST, Appellant

§ On Appeal from the 415th District Court

§ of Parker County (CR16-0789)

V.

§ March 14, 2019

§ Per Curiam

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM